**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 22 MM 2018
:
:
:
v. :
:
:
:
FREDERICK JOHN DAVIS :
:
:
:
PETITION OF: ROBERT ALLEN :
SAURMAN :

**ORDER**

**PER CURIAM**

**AND NOW**, this 6th day of April, 2018, in consideration of the Motion to Withdraw and the Motion to Deny Attorney Withdrawal, this matter is REMANDED to the Court of Common Pleas of Monroe County for that court to determine whether counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance in a criminal matter; rather, a court must determine whether leave to withdraw is warranted).

If the attorney is permitted to withdraw, the court is DIRECTED to determine whether Frederick Davis is to be appointed new counsel or is to proceed *pro se*. The Court of Common Pleas of Monroe County is DIRECTED to enter its order regarding this remand within 45 days and to promptly notify this Court of its determination.